Argued April 24, affirmed April 24, 1973

STATE OF OREGON, *Respondent, v.* CURTIS
RONALD HATCHARD (No. 32580),
*Appellant.*

508 P2d 819

*J. Marvin Kuhn,* Deputy Public Defender, Salem,
argued the cause for appellant. With him on the brief
was Gary D. Babcock, Public Defender, Salem.

*Thomas H. Denney,* Assistant Attorney General,
Salem, argued the cause for respondent. With him on
the brief were Lee Johnson, Attorney General, and
John W. Osburn, Solicitor General, Salem.

Before Schwab, Chief Judge, and Foley and Fort,
Judges.